August 23, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN N. BRUGGER, Appellant

NO. 14-16-00069-CV                              V.

JERRY SWINFORD AND JASON SWINFORD, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Jerry Swinford and Jason Swinford, signed, January 8, 2016, was heard on the transcript of the record. The record shows that this court does not have jurisdiction. We therefore order the appeal **DISMISSED**.

We order appellant, John N. Brugger, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.